RECEIVED IN
...Appeals
...District

...2015

Texarkana, Texas

DATE 6-3-2015

FILED IN
...Court of Appeals
Sixth District

JUN 0 5 2015

Texarkana, Texas
Debra K. Autrey, Clerk

IN THE UNITED STATES Sixth COURT OF APPEALS

IN THE

THE STATE OF TEXAS * COURT OF APPEALS

V.

ESAW LAMPKIN PROSE *
CLEMENTS UNIT *
9 DOJ S PUR 591 *
AMARILLO TX 79107

APPELLATE CAUSE NO.
06-14-00024-CR
TRIAL CAUSE NO 42,897 (B)
PENDING IN THE Sixth COURT

RECEIVED IN
The Court of Appeals
Sixth District

JUN 0 4 2015

Texarkana, Texas
Debra Autrey, Clerk

To: THE HONORABLE JUSTICES OF SAID COURT

1. COMES NOW, Esaw Lampkin APPELLANT File A MOTION OF COMPLAINT. DEFENDANT REQUEST THIS TO IMPOSE JUST. Sanctions on A PARTY OR ATTORNEY. WHO is NOT ACTING IN good. Faith AS indicated grossly misstating or omitting an obviously clearly MISLEADING MATERIAL Material EVIDENCE OR DOCUMENT (EFF SEPT 2 Y 1971 RULES APPELLENT PROC: 52.11 (C) and (B)

2. On Amending TO THE COURTS REPORTERS RECORDS STATES EXHIBIT SUPPRESSION NO. I Filed BY A DISTRICT COURTS CLERK GRELYN Freeman C.S.R Texas 2179 OFFICIAL COURT REPORTER 188Th DISTRICT Clerk and officials illegaly Fraudulent DOCUMENT and didnot Have THis duplicates OF A ORIGINAL Exhibits OFFERED AS TRUE EVIDENCE into Physical DURING THE TRIAL. THE DOCUMENTS DURING THE TRIAL. There WAS NEVER A TRUE AND Complete COPY. included IN THE RECORDS SEE MOTION TO ABATE SEE APPELLENT RECORDS S.R.R. 97. 100. A WARRANT WAS NEVER PROPERLY Filed. IN THE DISTRICT CLERK OFFICE OR included IN THE RECORDS SEE MOTION TO ABATE THis is A Falsehood Exhibits FRAUD. UNDER OAT BY THE DISTRICT CLERK OFFICE OF A TRUE COPY On THE same Physical EVIDENCE OFFERED at TRIAL WHY? is There NO RECORDS and testimony of TRial of DATES AND TIME OF its filing

X Esaw Lampkin #1912325

## Camplaint

THERE WAS A complete RECORDS FOR To Base An APPeal on A illegal BLOOD DRAW on Behalf of APPellant. Because Points of ERROR Are supported BY A and Timely objection were Raise To PRESERVE A issue FOR APPeal. UNDER criminal Procedure Rule P. 33 (1) A THe specific grounds PARTY must distinctly Point out objectionable matters THE APPellant ATTorney of RECORDS Claims. That there were No Reversal issues To Be Raise on BLOOD. Draw Because the state had A illegal search WARRANT. That not TRUE the Documents went not A Part of RECORDS at time of Trial NoR of states Exhibit the APPellent ATTORCNEY. STATED in A MOTION TO Abate SEARCH WARRANT would Be Filed SEPARATELY AFTER THE TRial

iT PreJudice THE Rights of His client and Violation of His client FourTheenTh Amendment Rights equal Protection. UNDER Due Process of Laws To Produce A FRAudulent Document After TRial. A insufficient Document

FRAudulent Act conduct involving Bad faith THE APPellant ATTorney. stated in motion To ABAtE APPeal it is material To the APPeal FOR A TRue copy. of the signed search Warrant To Be in THE RECORD one needs To Know THE Time and date of the Document. and THE wording of That Document Without it one can only surmise what THE Language was That APPellant. is entiTled UNDER RULE 34 TEX R. APP. PRoc. To Have A complet RECORD on Which To Base APPellant. APPeal. THere was Timely OBJections at TRial. Motion To suPPassion illegal Taken of BLOOD counsler filed. To Raise issues on APPeal.

DATE 6-3-2015

IN THE UNITED STATES SIXTH COURT OF APPEALS

IN THE _____
Court Of Appeals

THE STATE OF TEXAS *
V.
ESAW LAMPKIN PRO SE *
CLEMENTS UNIT *
9601 SPUR 591 *
AMARILLO TX 79107 *

APPellate CAUSE NO:
06-14-00024-CR
TRial CAUSE NO: 42,897(B)
Pending IN THE Sixth court

## 3RD COMPLAINT

### TO: THE HONORABLE JUSTICES OF SAID COURT

1. COMES NOW, ESAW LAMPKIN APPELLANT HEREIN File His 3RD complaint and UNDER APPELLANT Rules 52.11. Because. APPELLANT COUNSLOR ON APPEAL. Date 10/4/2014 Filed A MOTION To ABATE. Defendant APPeal. THE STATE didnot Have A TRUE COPY OF A SEARCH WARRANT AT THE Date OF TRIAL. NOR included IN THE RECORD. Counslor FOR APPellant STATED That A SEARCH WARRANT as of 10/4/2014 Time 1:59:53 Has not been Filed or included in THE RECORDS and That THIS ExHibit WOULD BE Filed SEPARTELY

(2) GROUNDS OF COMPLAINT

APPellant ATTORNEY counslor STATED IN THE MOTION To ABATE THIS APPEAL. That it is material TO THE APPEAL FOR A TRUE COPY. OF THE signed BLOOD. Search WARRANT TO BE in THE RECORD. one needs to Know THE Time and date. of the warrant and THE WORDING of That Document as well. THE TRIAL COURT COUNSLOR Raise issues on His clients Behalf. OBJECTIng of THE motion TO SUPPRESSION HEARING. A unsigned COPY. of the WARRANT WAS OFFERED at the HEARING on THE motion To Suppress See (RR5)

SEE Attachment Pages
GROUND OF Complaint

3. COMPLAINT NUMBER THE APPELLENT REQUEST that HIS APPELLENT ATTORENEY OF RECORD WOULD RAISE THE ISSUES ON APPEAL ON HIS CLIENT Behalf Against. THE ILLEGALLY FORCABLEY TAKEN BLOOD. Without CONCENT and BECAUSE. THE TRIAL, COURT COUNSLOR RAISED OBJECTIONS TO THE EFFICACY OF THE WARRANT and that there were Not sufficient. FACTS on which to Base THE BLOOD SEARCH WARRANT and that it WAS not timely returned SEE 3RR21, and at TRIAL There was additional OBJection that the WARRANT was not executed within AI TWO HOUR Window. BLOOD DRAW TWO HOUR 45 mint. AFTER THE STOP

4. COMPLAINT APPELLENT ATTORENEY MR LEW DUNN Claims That stated IN AI LETTER on MARCH 2, 2015, He RESEARCH CASE LAWS BASED UPON Preceendent are NO REVERSED ISSUE to BE RAISED on the ISSUES

5 see case Law cite Timely made OBJection IN A ARE PROPER Ground. To PRESERVE ERROR on APPEAL and on THE grounds That THE SEARCH was illegal. A MOTION TO SUPPRESS is THE SEARCH APPROPRIATE Vehicle. To Challenge THE Fruits of an allegedly illegal SEARCH case Law cit at Jackson v state 973. S. W.2d 954 956 Tex CRIM APP (7981

UNDER Bad Faith

(6) Grounds of complaint

APPELLANT COUNSLOR ON APPEAL GROSSLY MISSTATING. OR OMITTING an obviously important and material fact IN THE Petition on response or BI Filing AN APPENDIX OR RECORD. That is clearly misleading because of the omission. or record of obviously. important material EVIDENCE. THE TRIAL RECORDS ARE COMPLETE TO BASE ISSUES ON APPEAL of MOTION TO SUPPRESS illegal Taken of BLOOD. THE APPELLANT ATTORENEY Presudice Rights UNDER DUE PROCESS OF Law. Filed To address ISSUES

SEE ATTACHMENT Pages

STATEMENT OF CLAIMS

FOR REVIEW OF Grounds Reversal ERRORS IN THE RECORDS. and UNDER THE UNITED STATES constitutional Laws A DEFENDANT APPELLANT Has A constitutional Rights To challang are contest THE validity of THE WARRANT compliance with case Law implied Consent statute see combs v. state 965. s. W. 2d 161 (1998) A constitutional Rights To Refuse THE Taken of A "BLOOD DRAW sample"

8) Ground 2 oF Reversal ERRORS in THE APPELLANT record. see case Laws cite in BADGETT Vs. state 42 s. w. 3d. 136 Tex CRIM. APP 2001. THE ARRESTING OFFICER MUST reasonable Believe offense UNDER chapter 49 Penal code INVOLVING IN A Accident Accurred As A Result oF THE offense iN THE Tex Transptation code § 724. 12 (B) Thus THE state. must show. These Requirements have been meet. iN ORDER To JUSTIFY AN INVOLUNTARY Taking oF A BLOOD. SPECIMAN Are To FORGO WARRANT THE Taken oF BLOOD. WAS not Authouized UNDER § 724. 012 (B) it WAS Therefore Obtained iN violation oF § 724. 013

9) Grounds oF Reversal ERRORS ON APPeal iN THE case Law cite of McNeely Vs. Missouri at 358 s. W. 3d. 65. 2012 MO Lexis 2012. → Case Resolve A split oF Authority. Because THE Natural Matablization oF Alcohole. iN THE BLOOD. stream. does not Present A Per-se Exigency. That Justifies AN exception oF Noneconsensual Blood. Testing iN-ALL driving cases exigency must Be determined Based on THE totalitie oF circumstances

10. (A) motion To SUPPRESS case Laws cite ROMEA Vs. state 800 S. W. 2d. 539. 543 Tex CRIM APP 1990 THE initial Burden oF Proof. on A motion To suppression oF ILegal Evidence on THE BASIS oF A Fourth Amendment violation rests with THE defendant R Essall V. state 717 s. w. 2d 7-9 Tex. CRM APP (1998)
SEE Attachment Pages

DATE 6-3- 2013

Camplains Grounds of ERROR APPELLANT COUNSLER Failed. to PROPERLY ADDRESS THE NESE THAT DRAW THE Defendants BLOOD Filed to state The There True quilication to draw BLOOD. on Date of TRIal Testimony From The NURSE

Camplains of Grounds of Reversal ERROPS in THE APPELLANT RECORDS Theres Testimony From THE MachiN That TestED BLOOD was not Properly Testing. Hade Problems THE APPellent ATTORENEY didNot ADDRess These issue on APPral. of are Raised issues

Camplains Because There are PROPER case Laws Federal and state case Laws That Brings into question Scher Kloth cite at 412 U.S. at 227. That consent. must Be Voluntarily given and That. must Be consented. of BLOOD Draw not coercro By Threats or Force. see BUMPER 391 u.s. 548 observing. consent must Be Freely and Voluntarily given. or additional NECESSAEY element of Valide consent. is The ability to Limit or Revoke it is The matter Fact to be determined A question Totality of Circumstances          Claims For Releif

THE APPellant Attorency didnot Roise a defense on A Legal issues on His client Behalf impled consent THE Attorency mad Legal Agumens That The state Hade A Proper. search warrant to ALLOW A BLOOD Draw. and Filed A motion to ABATE Defendant APPeal on 10/4/2014 at 1:57.53 IN The Sixth court of APPeals to File A Fraudulent Document SEARch WARRANT EXHIBIT after TRIaL. THis illegal Documents are not THE TRUE Documents. and THE motion to HEARing NOR A Testimony of The Exhibit entered in the RECORDS BY THE state at TRial. THERE NEVER WAS A TRUE WARRANT Filed. are so included in THE RECORDS see motion to ABATE

SEE Attachment Pages

THERE ARE TRUE Findings OF Facts OF Reversal issues on the Record that the Defendant D.N.A sample Was abtain illegally The Evidence Where illegally abtain illegal search And Seizure in violation of MY Fourth Amendment Rights unith state constitution

## CERTIFICATE OF SERVICE

This is To CERTIFY That on 5-27-2015. A True and correct copy of The above and Foregoing Documents 3RD complaint File IN the court of APPeals state of Texas Sixth Appellate District 100 North state Line AVENUE #20 TexarKana TX 75501 AND Attachment Exhibits A

x Evan Tompkin #1912325

IN THE UNITED STATE Sixth court of Appeals

THE STATE OF TEXAS  IN THE _____

V.

ESAW LAMPKIN PROSE  Court of Appeals
CLements unit
9601 SPur 591  APPellote CAUSE NO:
AmARillo Tx 79107  06-14-00024-CR
Trial CAUSE NO: 42.897B
Pending in the sixth court

_3.RD COMPLaint_

TO: THE HONORABLE Justices of said court

(1) COMES NOW ESAW.Lampkin. APPellant HEREin File His 3RD complaint.and uNDER APPellant Rules 52.11 Because APPellant counslon on APPeal Date 10/4/2014, Filed A motion To ABATE Defendant APPeal. THe state did not Have A TRue. COPY OF A seaRch WARRant. At the Date OF Trial. NOR included in the RECORD counslor. FOR APPellent. STated That A seARch WARRant as OF 10/4/2014 Time 1:57:53 Has not been Filed. OR included in the Records and That THis Exhibit. WOulD Be Filed SEParately.

2. GROUNDS OF COMPLaint
APPellant Attoreney counslon stated in the motion To ABATE The Appeal. That it is material. To This APPeal FOR A TRue COPY OF the signed. Blood DRaw seARch WARRant To Be in the RECORD. At THe motion To SuPPRession HEARing. TRial Counslor Raise Timely. obJections To the eFFicacy. OF the WARRant. That There were not suFFicient FActs on which, To base. The Blood. seArch WARRant and That it WAS not timely. Returned. see. 3 RR 21. moreover of Trial. There was an additional. obJection That The WARRant was not executed within A TWO hour window. an unsigned COPY OF WARRant was OFFered at the hearing on motion To SuPPRess illegle DNA see 9 RR 5.

SEE Attachment

**LEW DUNN**
**ATTORNEY AT LAW**
P.O. BOX 2226
LONGVIEW, TEXAS 75606-2226
Email: dunn@texramp.net
TELEPHONE 903-757-6711
FAX 903-757-6712

March 2, 2015

Mr. Esaw Lampkin, TDCJ#1912325          ATTORNEY-CLIENT PRIVILEGE
Clements Unit                           ATTORNEY WORK PRODUCT
9601 Spur 591                           PRIVATE & CONFIDENTIAL
Amarillo, TX 79107

RE:   Appellate Cause #06-14-00024-CR
      Esaw Lampkin v. State of Texas
      Trial Cause No. 42,897-B
      Pending in the Sixth Court of Appeals
      On Appeal from the 124th Judicial District Court

Dear Mr. Lampkin:

Enclosed is a copy of the letter from the Court of Appeals, setting oral argument on your case for April 1 in Texarkana at 10:00 o'clock AM. I will appear there on your behalf and argue for the reversal of your conviction.

You have sent me yet another letter, complaining that I did not raise the issue about the motion to suppress. As I have stated several times in previous letters, from my research I have concluded that there was no error committed by the ruling of the trial court; based upon precedents, I do not believe that the Court of Appeals would have reversed your conviction on that issue.

After oral argument, I will write to you again.

Yours truly,

Lew Dunn, Attorney at Law
Texas State Bar #06244600

RECEIVED IN
The Court of Appeals
Sixth District

JUN 04 2015

Texarkana, Tex.
Debra Autrey, Clerk

IN THE UNITED STATES Sixth COURT OF APPEALS

THE STATE OF TEXAS

ESAW LAMPKIN PROSE
CLEMENTS UNIT
9601 SPUR 591
AMARILLO, TX 79107

IN THE
COURT OF APPEALS

APPELLATE CAUSE NO:
06-14-00029-CR
TRIAL CAUSE NO 42,897 (B)
PENDING IN THE SIXTH COURT

TO: THE HONORABLE JUSTICES OF SAID COURT

1. PETITIONER 3RD COMPLAINT APPELLANT REQUEST THIS HERE COURT TO IMPOSE JUST SANCTIONS. ON THE PARTYS and THE ATTORENEY FOR THERE OFFICE FRAUDULENTLY. MISCONDUCT FALSIFYING. CREATING A FALSEHOOD OF A AN ILLEGAL SEARCH WARRANT THAT WAS NOT OF THE STATES EXHIBIT. TIME OF TRIAL. IN ALLOWING A BLOOD DRAW. THE DOCUMENTS. WAS NOT PROPERLY FILE. BY THE STATE NOR A TRUE RECORDS OF AT THE TIME OF TRIAL. STATEMENT OF CLAIMS

2. THE ATTORENEY created A false misleading. state and A false claims THAT THE APPELLANT RECORD WAS incomplete. That He was Lacking A exhibit of A Search Warrant. in order To Raise evaluating Possible. issues Raise on His clients Behalf. in Fulfilling His duties AS APPELLATE counsel. in His motion To ABATE APPEAL. Filed With The APPELLEAT COURT Date of 10/4/2014.

3. SUPPRESSION 1- SEARCH WARRANT This Exhibit Will. Be Filed. SEPARATELY. But HOWEEVER The search. Warrant as OF This date Has not. Been Filed OR included in The record
SEE Attachment Pages

X Esaw Lampkins

Statement of claims

Misrepresentations and gross Negligient Fraudulent. Acts. Falsifying Document To decievement. is A constitutional violation Breach of duty of good. Faith. To Bed Faith. and unfair dealings in A Appellent Attoreney For indigient client To conspire. Together with The District clerk Office of Greeg county on Friday, october 3, 2014. The undersigned Appellant Attoreney Counsel called. ms. Tina Campbell. csR and ms. Grelynn Freeman, C.S.R. To inquire about where The Exhibit. Might Be. ms. campbell Refered Counsel To ms. Freeman. she stated that she she would. inquire with A deputy district clerk. Then Later on Friday. These Here state Officials and The Appellent Attoreney conspire Togrothen on Friday, october 3, 2014 To Produce A Fraudulently Falsehood Document see The Motion To ABAtE client Appeal Filed BY Appellent Counsel on 10/4/2014 with The sixth court of Appeal.

The Appellant Attoreney of Greeg court Have "unFair dealings in A breach of A FiduciaRay duty." Fraud and constructed Fraud. Against A Reversal of A illegal conviction Defendant BLOOD Sample. was obtain illegally without concent. The Trial counsel. Properly objection To A chain of custody issues and BLood sample remain in Back of The Trunk of state Trooper Dean Patrole CAR. where it stay. A few days. are up To A few weekes Before Testing at A Laboratory BLOOD contaminated. The Appellent This issues Are Reversal issues The Appellent Attoreney Filed To ARgument in The 2ND Filed Appellent Brief ct violation my Due Process Rights To A Fair Appeal. The Appellent Records Reflect Errors on Appeal.

× Edaw LamPKins